## United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M10 | F5457693 | Savickc | 2647 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☐USC ☐State Code |
|---|---|
| 3/15/2026    1130hrs | 36 CFR 261.10(e) |

Place of Offense:
Highway 471 across from FS Rd 2036

Offense Description: Factual Basis for Charge:
Leaving personal property unattended for longer than 72 hours - Large camper trailer

### DEFENDANT INFORMATION

Last Name: Duvall    First Name: David    M.I.: M

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 4TKB250 | MT | 13 | Caveman | white |

| A ☐ APPEARANCE IS REQUIRED | B ☒ APPEARANCE IS OPTIONAL |
|---|---|
| If Box A is checked, you must appear in court. See instructions. | If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

B    $ 200.00    Forfeiture Amount
+ $30    Processing Fee

PAY THIS AMOUNT AT → www.cvb.uscourts.gov
$ 270.00    Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*F5457693*

CVB SCAN 04/14/2026 15:19

---

I state that on March 15th, 20 26 while exercising my duties as a law enforcement officer in the _____ District of Montana

_____

The foregoing statement is based upon:

☐ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/16/2026
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/14/2026 15:19